UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:17 CR 436 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| DALEN D. KING, | ) | |
| | ) | |
| Defendant | ) | **ORDER** |

This matter was before the court on September 13, 2022, for a supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Dalen D. King was present and represented by Assistant Federal Public Defender Timothy Ivey. The United States was represented by Assistant United States Attorney Scott Zarzycki. The Pretrial Services and Probation Office was represented by Cierra Motley. The court reporter was Greg Mizanin. The defendant admitted to supervised release Violations 2 and 3 before Magistrate Judge Henderson on August 8, 2022 and before this court, as set forth on the record. The court adopts the Magistrate Judge's Report and Recommendation and the court finds Defendant in violation of the terms of his supervised release for the reasons stated on the open record.

IT IS ORDERED that Defendant's supervision is continued with the same terms and conditions as previously imposed, except that the Location Monitoring condition imposed my

Magistrate Judge Henderson at the time of the Initial Appearance shall be terminated.  Defendant

was advised of his right to appeal.

      IT IS SO ORDERED.

                           /s/*SOLOMON OLIVER, JR.*
                           UNITED STATES DISTRICT JUD

September 19, 2022